IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>GENESIS HEALTHCARE, INC., et al.,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-80185 (SGJ)<br>(Jointly Administered) |
| SUNBRIDGE GARDENDALE HEALTH CARE CENTER, LLC and GENESIS HEALTHCARE, INC.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>　　　　　　　　　　　　Defendants. | Adversary Proceeding No._____ |

**PLAINTIFFS' <u>EMERGENCY</u> MOTION FOR PRELIMINARY INJUNCTION AS TO THE MAGNOLIA RIDGE CENTER**

> **EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 9:30 A.M. (CT) ON OCTOBER 8, 2025.**
>
> **IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**
>
> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON OCTOBER 8, 2025 AT 9:30 A.M. (CT) AT THE EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE STREET, 14TH FLOOR, COURTROOM 1, DALLAS, TEXAS, 75242.**

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

1

> **YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 1-650-479-3207. VIDEO COMMUNICATION WILL BE BY THE USE OF THE CISCO WEBEX PLATFORM. CONNECT VIA THE CISCO WEBEX APPLICATION OR CLICK THE LINK ON JUDGE JERNIGAN'S HOME PAGE. THE MEETING CODE IS 2304 154 2638. CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF ELECTRONIC HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE JERNIGAN'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

Genesis Healthcare, Inc. ("Genesis") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, "Plaintiffs"), respectfully move under Bankruptcy Rule 7065 and Federal Rule of Civil Procedure 65 for a preliminary injunction staying CMS's termination of the Magnolia Ridge Center's Medicare Provider Agreement, enjoining any CMS interference with readmitting residents who left Magnolia Ridge due to CMS's unlawful termination but wish to return, enjoining CMS's enforcement of the ban on new patient admissions, and enjoining any withholding of civil money payments from Magnolia Ridge reimbursements.

For the reasons set out in detail in the accompanying memorandum of law, CMS's decision to terminate Magnolia Ridge's Provider Agreement was unlawful. First, CMS's termination of Magnolia Ridge's provider agreement was unlawful under CMS's own regulations and the applicable statute because the facility did not and does not pose immediate jeopardy to its residents. CMS justified its termination decision in large part on an "immediate jeopardy" designation based on a single incident from May 16, 2025, that likely did not amount to immediate jeopardy and has not occurred since. Second, CMS's termination of Magnolia Ridge's provider agreement likely violated the automatic stay in 11 U.S.C. § 362, and no exception applies.

2

Plaintiffs have already requested a hearing with a CMS Administrative Law Judge (ALJ) to challenge the termination through agency channels. In the meantime, however, relief from this Court is necessary to ensure that the residents of Magnolia Ridge can stay in their homes, that residents who wish to return may, and that Magnolia Ridge may remain operating pending final decision on the merits. Relief is also necessary to ensure this Court's authority over the administration of the bankruptcy estate and to facilitate Debtors' ability to successfully reorganize. Without relief, CMS will terminate Magnolia Ridge's participation in Medicare and Medicaid once this Court's order enjoining the termination expires **on October 15, 2025 at 11:59 PM**.

This motion is supported by the attached brief, the declarations of Dr. Jeremy Prince, Magnolia Ridge Medical Director; Sharon Warren, Magnolia Ridge Interim Administrator, Janice Thorpe, Associate Chief Clinical Officer; Shayne Hutchinson, Senior Market Operations Advisor; Russell Perry, Co-Chief Restructuring Officer, the accompanying exhibits, the Special Report of Patient Care Ombudsman Suzanne Koenig, the accompanying proposed order, and any presentation to the Court during the hearing on this matter.

Dated:  September 30, 2025

Paul W. Hughes (*pro hac vice* to be filed)
Sarah P. Hogarth (*pro hac vice* to be filed)
Grace Wallack (*pro hac vice* to be filed)
Aleena Ijaz (*pro hac vice* to be filed)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8988
phughes@mwe.com

Matthew L. Knowles (*pro hac vice* to be filed)
MCDERMOTT WILL & SCHULTE LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4000
mknowles@mwe.com

Respectfully submitted,

/s/ *Daniel M. Simon*

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine T. Lee (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
 (312) 372-2000
dsimon@mwe.com

Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
MCDERMOTT WILL & SCHULTE LLP
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201
(214) 295-8000
mhelt@mwe.com

*Attorneys for Plaintiffs and Debtors-in-Possession*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Bankruptcy Rule 7007-1(b)(1), counsel for Plaintiffs and Debtors-in-Possession (Daniel M. Simon, Jerry Hall, and Emily Keil) conferred with Counsel for CMS (Louisa Soulard) by teleconference on September 16, 2025 and September 23, 2025, and discussed the issue again before the Court on the record during the emergency hearings on September 15, 2025, and September 29, 2025. An agreement could not be reached because CMS was not willing to accept any outcome other than terminating Magnolia Ridge's Provider Agreement. Defendants oppose the relief sought.

Dated: September 30, 2025   /s/ *Daniel M. Simon*
                            Daniel M. Simon

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF. The Debtors' claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing.

Dated: September 30, 2025           /s/ *Daniel M. Simon*
                                    Daniel M. Simon